CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
GERARDO RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GERARDO RANGEL, et al.,<br><br>            Defendants. | Case No.: 09-501 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 14, 2010<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant GERARDO RANGEL, Gilbert Roque, Counsel for Defendant MANUEL MADRIGAL, Tim Warriner, Counsel for Defendant RAFAEL AGUILAR, Christopher Cosca, Counsel for Defendant SALVADOR MATA, Dina Santos, Counsel for Defendant ROLANDO PULGARIN, Erin Radekin, Counsel for Defendant JOSE COBIAN, Fred Dawson, Counsel for Defendant SALVADOR VASQUEZ, and Danny Brace, Jr., Counsel for Defendant JOSE CHAVEZ, that the status conference scheduled for June 14, 2010, at 8:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 9, 2010, at 8:30 a.m. for further status conference.

Defense counsel seek additional time to prepare and confer with their respective clients.

1    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
2 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),
3 (Local code T-4), and that the ends of justice served in granting the continuance and
4 allowing the defendants further time to prepare outweigh the best interests of the public
5 and the defendant to a speedy trial.

7 DATED:      June 11, 2010           /S/      Jill Thomas_____
                                      JILL THOMAS
8                                     Attorney for Plaintiff

10                                    /S/      Clemente M. Jiménez_____
11                                    CLEMENTE M. JIMÉNEZ
                                      Attorney for Gerardo Rangel

14                                    /S/      Gilber Roque_____
                                      GILBERT ROQUE
15                                    Attorney for Manuel Madrigal

17                                    /S/      Tim Warriner_____
                                      TIM WARRINER
18                                    Attorney for Rafael Aguilar

                                      /S/      Christopher Cosca_____
20                                    CHRISTOPHER COSCA
                                      Attorney for Salvador Mata

                                      /S/      Dina Santos_____
23                                    DINA SANTOS
24                                    Attorney for Rolando Pulgarin

26                                    /S/      Erin Radekin_____
                                      ERIN RADEKIN
27                                    Attorney for Jose Cobian

28 //

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/S/     Fred Dawson_____
FRED DAWSON
Attorney for Salvador Vasquez


/S/     Danny Brace, Jr._____
DANNY BRACE, JR.
Attorney for Jose Chavez

1
2                              **ORDER**

3  IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled
4  for June 14, 2010, at 8:30 a.m., be vacated and the matter continued to August 9, 2010, at
5  8:30 a.m. for further status conference.  The Court finds that time under the Speedy Trial
6  Act shall be excluded through that date in order to afford counsel reasonable time to
7  prepare.  Based on the parties' representations, the Court finds that the ends of justice
8  served by granting a continuance outweigh the best interests of the public and the
9  defendants to a speedy trial.

10 DATED:  June 15, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

09cr501 Rangel, et al - Stip to Cont Stat Conf.doc        - 4 -
06/15/10