**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JOSE COBIAN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE COBIAN, et al.<br><br>    Defendant. | Case No. 2:09-cr-0501 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND JUDGMENT AND SENTENCING** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, defendant, Gerardo Rangel, by and through his counsel, Clemente M. Jimenez, defendant, Manuel Madrigal, by and through his counsel, Gilbert A. Roque, defendant Rafael Aguilar, by and through his counsel, Timothy E. Warriner, defendant, Salvador Mata, by and through his counsel, Christopher Cosca, and defendant, Jose Cobian, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference (as to defendants Rangel, Madrigal, Aguilar and Cobian) and judgment and sentencing (as to defendant Mata), December 6, 2010 at 8:30 a.m., in the above-captioned matter, and to continue status conference and judgment and sentencing until January 10, 2011 at 8:30 a.m., in the courtroom of the Honorable William B. Shubb.

The government requests such continuance because Ms. Thomas is in trial and closing

1  argument is scheduled for December 6, 2010.  Further, Ms. Radekin, Mr. Jimenez, Mr. Roque, and
2  Mr. Warriner request such continuance to permit further plea negotiations and preparation of
3  counsel.  The Court is advised that Ms. Thomas, Mr. Jimenez, Mr. Roque, Mr. Warriner, and Mr.
4  Cosca concur with the request for a continuance and have authorized Ms. Radekin to sign this
5  stipulation on their behalf.

6      The parties further agree and stipulate that the time period from the filing of this stipulation
7  until January 10, 2011 should be excluded in computing time for commencement of trial under the
8  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
9  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
10 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
11 outweigh the best interests of the public and the defendant in a speedy trial.

12     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

13 IT IS SO STIPULATED

14 Dated: December 2, 2010                           BENJAMIN WAGNER
                                                    United States Attorney
15
                                               By:        /s/ Jill Thomas
16                                                  JILL THOMAS
                                                    Assistant United States Attorney
17

18 Dated: December 2, 2010                                /s/ Clemente M. Jimenez
                                                    CLEMENTE M. JIMENEZ
19                                                  Attorney for Defendant
                                                    GERARDO RANGEL
20
   Dated: December 2, 2010                                /s/ Gilbert A. Roque
21                                                  GILBERT A. ROQUE
                                                    Attorney for Defendant
22                                                  MANUEL MADRIGAL

23 Dated: December 2, 2010                                /s/ Timothy E. Warriner
                                                    TIMOTHY E. WARRINER
24                                                  Attorney for Defendant
                                                    RAFAEL AGUILAR
25
   Dated: December 2, 2010                                /s/ Christopher R. Cosca
26                                                  CHRISTOPHER R. COSCA
                                                    Attorney for Defendant
27                                                  SALVADOR MATA

28 / / /

Dated: December 2, 2010            /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
JOSE COBIAN

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference (as to defendants Rangel, Madrigal, Aguilar and Cobian) and judgment and sentencing (as to defendant Mata) of December 6 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference and judgment and sentencing on January 10, 2011 at 8:30 a.m.  The court finds excludable time in this matter through January 10, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   December 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-