Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Rafael Aguilar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Rafael Aguilar, *et al*.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CRS 09-0501 WBS<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME |

Plaintiff, United States of America, by and through its counsel, Assistant United States

Attorney Jill Thomas, defendant, **Gerardo Rangel**, by and through his counsel, Clemente M.

Jimenez, defendant **Rafael Aguilar**, by and through his counsel, Timothy E. Warriner, and

defendant, **Jose Cobian**, by and through his counsel, Erin J. Radekin, agree and stipulate to

vacate the current status conference date of January 10, 2011, and to continue said status

conference to **February 28, 2011, at 8:30 a.m.,** in the courtroom of the Honorable William B.

Shubb.

It is further agreed and stipulated that time shall continue to be excluded pursuant to the

Speedy Trial Act for the purpose of continued defense preparation and plea negotiation. 18

U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. All counsel are continuing to engage in plea

negotiation, as well as trial preparation, and additional time is necessary for the attorneys to meet with the prosecution and to confer with the clients.

IT IS SO STIPULATED.

Dated: January 6, 2011                                    /s/ Jill Thomas,
                                                          Assistant United States Attorney

Dated: January 6, 2011                                    /s/ Clemente M. Jimenez, attorney for Defendant
                                                          Gerardo Rangel

Dated: January 6, 2011                                    /s/ Erin J. Radekin, attorney for Defendant, Jose
                                                          Cobian

Dated: January 6, 2011                                    /s/ Timothy E. Warriner, attorney for Defendant,
                                                          Rafael Aguilar


ORDER

    For the reasons set forth in the accompanying stipulation, the status conference as to defendants Rangel, Cobian, and Aguilar, now set for January 10, 2011 is vacated, and the matter is continued to February 28, 2011. Time continues to be excluded through February 28, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for the purpose of defense preparation.

Dated:  January 7, 2011


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE