**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JOSE COBIAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JOSE COBIAN, et al.<br><br>             Defendant. | Case No. 2:09-cr-0501 WBS<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, defendant, Gerardo Rangel, by and through his counsel, Clemente M. Jimenez, defendant, Rafael Aguilar, by and through his counsel, Timothy E. Warriner, and defendant, Jose Cobian, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 11, 2011 at 8:30 a.m., in the above-captioned matter, and to continue the status conference until May 16, 2011 at 8:30 a.m., in the courtroom of the Honorable William B. Shubb.

The defense requests such continuance to permit further plea negotiations and defense preparation. The Court is advised that Ms. Thomas, Mr. Jimenez, and Mr. Warriner concur with the request for a continuance and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 16, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 6, 2011                                    BENJAMIN WAGNER
                                                        United States Attorney

                                               By:      /s/ Jill Thomas
                                                        JILL THOMAS
                                                        Assistant United States Attorney

Dated: April 6, 2011                                    /s/ Clemente M. Jimenez
                                                        CLEMENTE M. JIMENEZ
                                                        Attorney for Defendant
                                                        GERARDO RANGEL

Dated: April 6, 2011                                    /s/ Timothy E. Warriner
                                                        TIMOTHY E. WARRINER
                                                        Attorney for Defendant
                                                        RAFAEL AGUILAR

Dated: April 6, 2011                                    /s/ Erin J. Radekin
                                                        ERIN J. RADEKIN
                                                        Attorney for Defendant
                                                        JOSE COBIAN

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of April 11, 2011 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference May 16, 2011 at 8:30 a.m.  The court finds excludable time in this matter through May 16, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

1  IT IS SO ORDERED.

2  Dated:   April 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-