1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  JOSE COBIAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:09-cr-0501 WBS |
| v. | |
| JOSE COBIAN, et al. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, defendant, Gerardo Rangel, by and through his counsel, Clemente M. Jimenez, defendant Rafael Aguilar, by and through his counsel, Timothy E. Warriner, and defendant, Jose Cobian, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 16, 2011 at 8:30 a.m., and to continue the status conference until June 6, 2011 at 8:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the parties are still engaged in plea negotiations and other case preparation.  The Court is advised that Ms. Thomas, Mr. Jimenez, and Mr. Warriner concur with the request for a continuance and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

until June 6, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: May 13, 2011                                    BENJAMIN WAGNER
                                                       United States Attorney

                                              By:      /s/ Jill Thomas
                                                       JILL THOMAS
                                                       Assistant United States Attorney

Dated: May 13, 2011                                    /s/ Clemente M. Jimenez
                                                       CLEMENTE M. JIMENEZ
                                                       Attorney for Defendant
                                                       GERARDO RANGEL

Dated: May 13, 2011                                    /s/ Timothy E. Warriner
                                                       TIMOTHY E. WARRINER
                                                       Attorney for Defendant
                                                       RAFAEL AGUILAR

Dated: May 13, 2011                                    /s/ Erin J. Radekin
                                                       ERIN J. RADEKIN
                                                       Attorney for Defendant
                                                       JOSE COBIAN

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of May 16, 2011 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on June 6, 2011 at 8:30 a.m.   The court finds excludable time in this matter through June 6, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: May 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE