1 **ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
2 428 J Street, Suite 350
Sacramento, California 95814
3 Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5 JOSE COBIAN

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:09-cr-0501 WBS** |
| Plaintiff, | |
| v. | **STIPULATION AND [** ~~**PROPOSED**~~ **] ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSE COBIAN, et al. | |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, defendant, Gerardo Rangel, by and through his counsel, Clemente M. Jimenez, and defendant, Jose Cobian, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, June 6, 2011 at 8:30 a.m., and to continue the status conference until July 18, 2011 at 8:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that the parties are still involved in plea negotiations. The Court is advised that Ms. Thomas and Mr. Jimenez concur with the request for a continuance and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 18, 2011 should be excluded in computing time for commencement of trial under the

1  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
2  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3  preparation. It is further agreed and stipulated that the ends of justice served in granting the request
4  outweigh the best interests of the public and the defendant in a speedy trial.
5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6  IT IS SO STIPULATED

7  Dated: June 2, 2011         BENJAMIN WAGNER
                                United States Attorney

                                By:      /s/ Jill Thomas
                                JILL THOMAS
                                Assistant United States Attorney

11 Dated: June 2, 2011               /s/ Clemente M. Jimenez
                                CLEMENTE M. JIMENEZ
                                Attorney for Defendant
                                GERARDO RANGEL

14 Dated: June 2, 2011               /s/ Erin J. Radekin
                                ERIN J. RADEKIN
                                Attorney for Defendant
                                JOSE COBIAN

**<u>ORDER</u>**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of June 6, 2011 at 8:30 a.m. is VACATED and the above-captioned matter is set for status conference on July 18, 2011 at 8:30 a.m.   The court finds excludable time in this matter through July 18, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   June 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE