```
BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-09-501 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE |
| v. | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| GERARDO RANGEL, and JOSE COBIAN, | |
| Defendants. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, defendant Gerardo Rangel, through his counsel of record, Clemente Jimenez, Esq., and defendant Jose Cobian, through his counsel of record, Erin Radekin, Esq., hereby stipulate and agree that the status conference set for July 18, 2011, be continued to August 8, 2011, at 8:30 a.m.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of August 8, 2011, at 8:30 a.m., for the status conference.

1

1    Accordingly, the parties stipulate that time be excluded
2 pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
3 States Code section 3161(h)(7)(B)(iv), to give the defendants time
4 to further review the discovery and to adequately prepare
5 IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: July 13, 2011           By:   /s/ Jill M. Thomas
                                     JILL M. THOMAS
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

DATED: July 13, 2011           By:   /s/ Clemente Jimenez
                                     CLEMENTE JIMENEZ
                                     Attorney for Defendant
                                     GERARDO RANGEL

DATED: July 13, 2011           By:   /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     JOSE COBIAN

_____
**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

   The Court finds excludable time as set forth above to and including August 8, 2011.

   **IT IS SO ORDERED.**

DATED:  July 14, 2011

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE