**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JOSE COBIAN

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JOSE COBIAN, et al.<br><br>             Defendant. | Case No. 2:09-cr-0501 WBS<br><br>**STIPULATION AND  ORDER TO EXCLUDE TIME** |

### STIPULATION

By minute order, the Court has continued the status conference in this case from August 8, 2011 to September 26, 2011.  Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, defendant, Gerardo Rangel, by and through his counsel, Clemente M. Jimenez, and defendant, Jose Cobian, by and through his counsel, Erin J. Radekin, agree and stipulate that such continuance is necessary so that the parties may engage in further plea negotiations and defense preparation.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 26, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

1  The Court is advised that Ms. Thomas and Mr. Jimenez concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 5, 2011                                  BENJAMIN WAGNER
                                                      United States Attorney

                                                  By:       /s/ Jill Thomas
                                                      JILL THOMAS
                                                      Assistant United States Attorney

Dated: August 5, 2011                                       /s/ Clemente M. Jimenez
                                                      CLEMENTE M. JIMENEZ
                                                      Attorney for Defendant
                                                      GERARDO RANGEL

Dated: August 5, 2011                                       /s/ Erin J. Radekin
                                                      ERIN J. RADEKIN
                                                      Attorney for Defendant
                                                      JOSE COBIAN

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the court finds excludable time in this matter through September 26, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-