1  LEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  GERARDO RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 09-501 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| GERARDO RANGEL, et al., | DATE:   September 26, 2011 |
| | TIME:   8:30 a.m. |
| Defendants. | JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant GERARDO RANGEL, and Erin Radekin, Counsel for Defendant JOSE COBIAN, that the status conference scheduled for September 26, 2011, at 8:30 a.m., be vacated and the matter continued to this Court's criminal calendar on October 3, 2011, at 9:30 a.m. for further status conference.

The parties are near resolution and defense counsel seeks additional time to confer with Mr. Rangel about recent settlement discussions with the government.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      September 23, 2011           /S/     Jill Thomas_____
                                         JILL THOMAS
                                         Attorney for Plaintiff


                                         /S/     Clemente M. Jiménez_____
                                         CLEMENTE M. JIMÉNEZ
                                         Attorney for Gerardo Rangel


                                         /S/     Erin Radekin_____
                                         ERIN RADEKIN
                                         Attorney for Jose Cobian


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 26, 2011, at 8:30 a.m., be vacated and the matter continued to October 3, 2011, at 9:30 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 23rd day of September, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -